AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Michael Leon Williams,

                Plaintiff,

V.

Kerry Ruesch, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:07-CV-01020-HDM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Defendants and against Plaintiff Michael Leon Williams.

February 11, 2009
Date

/s/ Lance S. Wilson
Clerk

/s/ Aaron Blazevich
(By) Deputy Clerk